

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Alonzo Diego Fuller,                    * Original Mandamus Proceeding

No. 11-14-00218-CR                           * August 29, 2014

                                             * Per Curiam Memorandum Opinion
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has considered Relator's petition for writ of mandamus and concludes that the petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.